Taras Kick (SBN 143379)
taras@kicklawfirm.com
Roy K. Suh (SBN 283988)
roy@kicklawfirm.com
THE KICK LAW FIRM APC
815 Moraga Drive
Los Angeles, CA 90049
Telephone: 310-395-2988
Facsimile: 310-395-2088

Attorneys for Plaintiff HOWARD
HAYNIE, individually, and on behalf of all
others similarly situated

Andrew J. Butcher (*Pro Hac Vice*)
abutcher@scopelitis.com
Charles Andrewscavage (*Pro Hac Vice*)
candrewscavage@scopelitis.com
SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY, P.C.
30 West Monroe Street, Suite 1600
Chicago, Illinois 60603
Telephone: 312-255-7200
Facsimile:  312-422-1224

Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, California 91101
Telephone: 626-795-4700
Facsimile:  626-795-4790

Attorneys for Defendant TEAM DRIVE-
AWAY, INC.

James A. Eckhart (SBN 321101)
jeckhart@scopelitis.com
SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, Indiana 46204
Telephone: 317-637-1777
Facsimile:  312-687-2414

Adam C. Smedstad (SBN 303591)
asmedstad@scopelitis.com
SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY, P.C.
3214 W McGraw Street, Suite 301F
Seattle, Washington 98199
Telephone: 206-288-6192
Facsimile: 206-299-9375

Attorneys for Defendant TEAM DRIVE-
AWAY, INC.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HAYNIE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEAM DRIVE-AWAY, INC., a Kansas Corporation; and DOES 1-100, inclusive,<br><br>Defendant. | Case No. 3:20-cv-00573-RS<br>Assigned to Judge Richard Seeborg<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION INDIVIDUALLY AND VACATING FURTHER PROCEEDINGS**<br><br>Further Case<br>Managem't Conf.:   September 30, 2021<br>Time:                       10:00 a.m.<br>Courtroom:           Room 3 |

i

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION INDIVIDUALLY AND VACATING FURTHER
PROCEEDINGS CASE NO.: 3:20-CV-00573-RS

<u>**STIPULATION AND [PROPOSED] ORDER DISMISS ACTION INDIVIDUALLY**</u>

<u>**AND VACATING FURTHER PROCEEDINGS**</u>

Plaintiff Howard Haynie and Defendant Team Drive-Away, Inc. (the "Parties"), by and through their undersigned attorneys, in the matter of *Haynie v. Team Drive-Away, Inc.*, Case No. 3:20-cv-00573-RS (the "Action") stipulate as follows:

**RECITALS**

WHEREAS the Parties have agreed to jointly seek a dismissal this Action with prejudice as to Plaintiff's individual claims and without prejudice as to any class, collective or representative claims;

WHEREAS the Parties agree, subject to the performance of their obligations arising from the Parties' executed settlement agreement, all disputes asserted in this Action shall be satisfactorily compromised, settled and released by Plaintiff on an individual basis; and

WHEREAS the Parties are aware of no good cause to engage the Court in further proceedings in this Action and that Parties' representations here would be the sum and substance of the Parties' representations at the 10:00 a.m., Thursday, September 30, 2021 Further Case Management Conference set in this matter.

**STIPULATION**

WHEREFORE, the Parties have agreed to respectfully request that this Court enter an order dismissing the instant Action with prejudice as to Plaintiff's individual claims and without prejudice as to any class, collective or representative claims of any other individual and vacate further proceedings in keeping with the proposed order that follows.

**IT IS SO STIPULATED.**

Dated: September 23, 2021                    Respectfully Submitted

**THE KICK LAW FIRM APC**

By: /s/ *Taras Kick*
TARAS KICK
ROY K. SUH

Attorneys for Plaintiff HOWARD HAYNIE, individually, and on behalf of all others similarly situated

2

**SCOPELITIS, GARVIN, LIGHT,**
**HANSON & FEARY, P.C.**

By: /s/ *Charles Andrewscavage*
     CHRISTOPHER C. MCNATT, JR.
     ANDREW J. BUTCHER
     ADAM C. SMEDSTAD
     CHARLES ANDREWSCAVAGE
     JAMES A. ECKHART

Attorneys for Plaintiff HOWARD HAYNIE,
individually, and on behalf of all others
similarly situated

## CIVIL L.R. 5-1(i)(3) CERTIFICATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: September 23, 2021       Respectfully Submitted

**THE KICK LAW FIRM APC**

By: /s/ *Taras Kick*
     TARAS KICK
     ROY K. SUH

Attorneys for Plaintiff HOWARD HAYNIE,
individually, and on behalf of all others
similarly situated

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**[PROPOSED] ORDER**

The Court, having reviewed the stipulation filed Plaintiff Howard Haynie and Defendant Team Drive-Away, Inc. (the "Parties"), by and through their undersigned attorneys, in the matter of *Haynie v. Team Drive-Away, Inc.*, Case No. 3:20-cv-00573-RS (the "Action") and GOOD CAUSE appear ORDERS the following:

1.    this Action with dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any class, collective or representative claims of any other individual; and

2.    all further proceedings in the Action are vacated.

**IT IS SO ORDERED.**

Dated:

By: _____
HONORABLE RICHARD SEEBORG
United States District Judge

4837-5316-1468, v. 1

[PROPOSED] ORDER DISMISSING ACTION INDIVIDUALLY AND VACATING FURTHER PROCEEDINGS CASE NO.: 3:20-CV-00573-RS