1  Taras Kick (SBN 143379)
   taras@kicklawfirm.com
2  Roy K. Suh (SBN 283988)
   roy@kicklawfirm.com
3  THE KICK LAW FIRM APC
   815 Moraga Drive
4  Los Angeles, CA 90049
   Telephone: 310-395-2988
5  Facsimile: 310-395-2088

6  Attorneys for Plaintiff HOWARD
   HAYNIE, individually, and on behalf of all
7  others similarly situated

8  Andrew J. Butcher (*Pro Hac Vice*)          James A. Eckhart (SBN 321101)
   abutcher@scopelitis.com                     jeckhart@scopelitis.com
9  Charles Andrewscavage (*Pro Hac Vice*)      SCOPELITIS, GARVIN, LIGHT,
   candrewscavage@scopelitis.com               HANSON & FEARY, P.C.
10 SCOPELITIS, GARVIN, LIGHT,                  10 West Market Street, Suite 1400
   HANSON & FEARY, P.C.                        Indianapolis, Indiana 46204
11 30 West Monroe Street, Suite 1600          Telephone: 317-637-1777
   Chicago, Illinois 60603                     Facsimile:  312-687-2414
12 Telephone: 312-255-7200
   Facsimile:  312-422-1224                    Adam C. Smedstad (SBN 303591)
13                                             asmedstad@scopelitis.com
   Christopher C. McNatt, Jr. (SBN 174559)     SCOPELITIS, GARVIN, LIGHT,
14 cmcnatt@scopelitis.com                      HANSON & FEARY, P.C.
   SCOPELITIS, GARVIN, LIGHT,                  3214 W McGraw Street, Suite 301F
15 HANSON & FEARY, LLP                         Seattle, Washington 98199
   2 North Lake Avenue, Suite 560              Telephone: 206-288-6192
16 Pasadena, California 91101                  Facsimile: 206-299-9375
   Telephone: 626-795-4700
17 Facsimile:  626-795-4790                    Attorneys for Defendant TEAM DRIVE-
                                               AWAY, INC.
18 Attorneys for Defendant TEAM DRIVE-
   AWAY, INC.

19

20              **UNITED STATES DISTRICT COURT**
         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
21

22 HOWARD HAYNIE, individually, and on      Case No. 3:20-cv-00573-RS
   behalf of all others similarly situated,  Assigned to Judge Richard Seeborg

23              Plaintiff,                    **STIPULATION AND  ORDER**
                                             **DISMISSING ACTION**
24        v.                                 **INDIVIDUALLY AND VACATING**
                                             **FURTHER PROCEEDINGS**
25 TEAM DRIVE-AWAY, INC., a Kansas
   Corporation; and DOES 1-100, inclusive,  Further Case
26                                           Managem't Conf.:    September 30, 2021
                Defendant.                   Time:               10:00 a.m.
27                                           Courtroom:          Room 3

28

                                      i
   ──────────────────────────────────────────────────────────────
   STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION INDIVIDUALLY AND VACATING FURTHER
   PROCEEDINGS CASE NO.: 3:20-CV-00573-RS

**STIPULATION AND [PROPOSED] ORDER DISMISS ACTION INDIVIDUALLY AND VACATING FURTHER PROCEEDINGS**

Plaintiff Howard Haynie and Defendant Team Drive-Away, Inc. (the "Parties"), by and through their undersigned attorneys, in the matter of *Haynie v. Team Drive-Away, Inc.*, Case No. 3:20-cv-00573-RS (the "Action") stipulate as follows:

**RECITALS**

WHEREAS the Parties have agreed to jointly seek a dismissal this Action with prejudice as to Plaintiff's individual claims and without prejudice as to any class, collective or representative claims;

WHEREAS the Parties agree, subject to the performance of their obligations arising from the Parties' executed settlement agreement, all disputes asserted in this Action shall be satisfactorily compromised, settled and released by Plaintiff on an individual basis; and

WHEREAS the Parties are aware of no good cause to engage the Court in further proceedings in this Action and that Parties' representations here would be the sum and substance of the Parties' representations at the 10:00 a.m., Thursday, September 30, 2021 Further Case Management Conference set in this matter.

**STIPULATION**

WHEREFORE, the Parties have agreed to respectfully request that this Court enter an order dismissing the instant Action with prejudice as to Plaintiff's individual claims and without prejudice as to any class, collective or representative claims of any other individual and vacate further proceedings in keeping with the proposed order that follows.

**IT IS SO STIPULATED.**

Dated: September 23, 2021                    Respectfully Submitted

**THE KICK LAW FIRM APC**

By: /s/ *Taras Kick*
TARAS KICK
ROY K. SUH

Attorneys for Plaintiff HOWARD HAYNIE, individually, and on behalf of all others similarly situated

2

**SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.**

By: /s/ *Charles Andrewscavage*

CHRISTOPHER C. MCNATT, JR.
ANDREW J. BUTCHER
ADAM C. SMEDSTAD
CHARLES ANDREWSCAVAGE
JAMES A. ECKHART

Attorneys for Plaintiff HOWARD HAYNIE, individually, and on behalf of all others similarly situated

## CIVIL L.R. 5-1(i)(3) CERTIFICATION

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: September 23, 2021

Respectfully Submitted

**THE KICK LAW FIRM APC**

By: /s/ *Taras Kick*

TARAS KICK
ROY K. SUH

Attorneys for Plaintiff HOWARD HAYNIE, individually, and on behalf of all others similarly situated

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>**ORDER**</u>

The Court, having reviewed the stipulation filed Plaintiff Howard Haynie and Defendant Team Drive-Away, Inc. (the "Parties"), by and through their undersigned attorneys, in the matter of *Haynie v. Team Drive-Away, Inc.*, Case No. 3:20-cv-00573-RS (the "Action") and GOOD CAUSE appear ORDERS the following:

1.  this Action with dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any class, collective or representative claims of any other individual; and

2.  all further proceedings in the Action are vacated.

**IT IS SO ORDERED.**

Dated: September 23, 2021

By: _____
HONORABLE RICHARD SEEBORG
United States District Judge

4837-5316-1468, v. 1

[PROPOSED] ORDER DISMISSING ACTION INDIVIDUALLY AND VACATING FURTHER PROCEEDINGS CASE NO.: 3:20-CV-00573-RS